Submitted on record and briefs October 5, affirmed
without opinion October 22, 1973

STATE OF OREGON, *Respondent, v.* WALTER
EDWARDS CULBERTSON, J<small>R</small>.
(No. 81030), *Appellant.*

514 P2d 1373

Oscar D. Howlett, Portland, for appellant.

Lee Johnson, Attorney General, John W. Osburn, Solicitor General, and Thomas H. Denney, Assistant Attorney General, Salem, for respondent.

Before S<small>CHWAB</small>, Chief Judge, and L<small>ANGTRY</small> and F<small>ORT</small>, Judges.

A<small>FFIRMED WITHOUT OPINION</small>. ORS 19.180.